IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIMEE GEDULDIG,** : | 3:13cv2020 |
|        **Plaintiff** : | |
| : | (Judge Munley) |
| **v.** : | |
| : | |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security,** : | |
|        **Defendant** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 12th day of September 2014, it is hereby **ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of Plaintiff Aimee Geduldig and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying plaintiff's Disability Insurance Benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security to reconsider and appropriately evaluate the medical and vocational evidence and the credibility of the plaintiff, in accordance with the court's Opinion.

3. The Clerk of Court is directed to close this case.

                                       **BY THE COURT:**

                                       **s/   James M. Munley**
                                       **JUDGE JAMES M. MUNLEY**
                                       **United States District Court**